Louis Weiss, as Administrator of the Estate of Robert J. Weiss, Deceased, Appellant, v. Michael A. Baviello, as Administrator of the Estate of Louis A. Baviello, Deceased, et al., Respondents, et al., Defendant.—

Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

(October 17, 1955.)

In the Matter of Irving Gurland, an Alleged Mentally Ill Person. Sadie Gurland, Respondent; Nathan Beckenstein, as Director of Brooklyn State Hospital, Appellant.—

Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ.

The People of the State of New York, Respondent, v. William E. Lafferty, Appellant.— Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.